THE STATE EX REL. ZOLNAI, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Zolnai v. Indus. Comm.* (1998), 83 Ohio St.3d 402.]

(No. 97–2522—Submitted August 19, 1998—Decided October 21, 1998.)

---

*Mitchell A. Stern,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Steven K. Aronoff,* Assistant Attorney General, for appellee Industrial Commission.

*Michael J. Scherach,* Law Director, and *Robert J. Gargasz,* Assistant Law Director, for appellee city of Lorain.

---

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS and RESNICK, JJ., separately dissent.

F.E. SWEENEY, J., dissents and would reverse the judgment of the court of appeals.

---

ALICE ROBIE RESNICK, J., dissenting. I would reverse the judgment of the court of appeals and return the cause to the Industrial Commission pursuant to *State ex rel. Noll v. Indus. Comm.* (1991), 57 Ohio St.3d 203, 567 N.E.2d 245.